JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND MARK DAVOUDI, and <br> BAHAREH NOSRATI SHAMLOU <br><br> Defendants. | No. CR 10-00364 SBA <br><br> Information Filed April 30, 2010 <br><br><br> (Oakland Venue) |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES DELBERT MCCONVILLE, et al. <br><br><br> Defendants. | No. CR 10-00395 PJH <br><br> Indictment Filed May 13, 2010 <br><br> (Oakland Venue) <br><br> **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

that the two above-captioned criminal cases are related.  The single-count information in Case

NOTICE OF RELATED CASES
U.S. v. BRUCE EDWARD ATKINS

No. CR 10-00364 SBA, filed on April 30, 2010, involves the same conspiracy alleged in more detail in Count One of the Indictment filed on May 13, 2010 in Case No. CR 10-00395 PJH. Both the Information and the Indictment allege a conspiracy to commit mail and wire fraud in violation of 18 U.S.C. § 1349.  Moreover, the Indictment describes the roles that Defendant Davoudi and Defendant Shamlou played in that conspiracy related to fraudulent mortgage applications in the names of straw buyers for the purchase of condominiums in California.  The Indictment alleges that both Defendant Davoudi and Defendant Shamlou "regularly used money provided by McConville to obtain cashier's checks falsely showing the Straw Buyer as the remittur to hide from the lender the true source of money for the down payment into escrow." The Indictment further alleges that Defendant Davoudi and Defendant Shamlou "regularly caused to be transmitted to lenders loan applications that contained false information about the price of the real property, the income of the Straw Buyer, and the source of money for the down payment."  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1), because they concern many of the same alleged events, occurrences, transactions, and property.  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate Judges, they would likely involve substantial duplication of labor, conflicts, and unnecessary expenses.

     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single Judge is likely to conserve judicial resources and promote an efficient determination of each action.  For the reasons stated above, it is respectfully requested that the matters be related before the Honorable Judge Armstrong.

Date: May 19, 2010　　　　　　　　　　　　　　　Respectfully Submitted,

                                                      JOSEPH P. RUSSONIELLO

                                                         /s/
                                                 KESLIE STEWART
                                                 Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. DAVOUDI and U.S. v. MCCONVILLE　　　　2