JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00395 PJH |
|    v. ) | ORDER EXCLUDING TIME FROM JUNE 30 TO AUGUST 24, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| JAMES DELBERT MCCONVILLE, ) a/k/a Delbert James McConville, ) LAURA MARGERY CATON, ) a/k/a Laura Margery Tate ) a/k/a Laura Gussman ) ARAKS DAVOUDI, ) a/k/a Araks Galstanian ) DONNA DEMELLO, ) a/k/a Donna Demello Martin, ) a/k/a Donna Kay McDaniel, ) a/k/a Donna Kay Demello, ) JASON ARTHUR PIETTE, and ) RASUL RASULI, ) )    Defendant. ) | |

     Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from June 30, 2010 to August 24, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

CR 10-00395 PJH
Order Excluding Time

1   According, this matter is ordered set for status before this Court on August 24, 2010 and
2   the time from June 30 to August 24, 2010 shall be excluded from the Speedy Trial Act
3   calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
4   IT IS SO ORDERED.

6   DATED:  7/6/2010



9   _____
10  HON. DONNA M. RYU
    United States Magistrate Judge

CR 10-00395 PJH
Order Excluding Time