1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8

9  Attorneys for the United States of America

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,              )   No. CR-10-00395 PJH
14                                        )
         v.                               )   STIPULATION AND [PROPOSED]
15                                        )   ORDER EXCLUDING TIME FROM
   JAMES DELBERT MCCONVILLE,              )   AUGUST 24, 2010 TO SEPTEMBER 21,
16       a/k/a Delbert James McConville,  )   2010 FROM SPEEDY TRIAL ACT
   LAURA MARGERY CATON,                   )   CALCULATION (18 U.S.C. §§
17       a/k/a Laura Margery Tate         )   3161(h)(7)(A) and (B))
         a/k/a Laura Gussman              )
18 ARAKS DAVOUDI,                         )
         a/k/a Araks Galstanian           )
19 DONNA DEMELLO,                         )
         a/k/a Donna Demello Martin,      )
20       a/k/a Donna Kay McDaniel,        )
         a/k/a Donna Kay Demello,         )
21 JASON ARTHUR PIETTE, and               )
   RASUL RASULI,                          )
22                                        )
         Defendant.                       )
23 _____)

24

25     This matter is set for status on August 24, 2010. Given the voluminous nature of the

26 discovery combined with the number of defendants, the parties agree and stipulate that this

27 matter is complex and that it is unreasonable to expect adequate preparation for pretrial

28 proceedings or trial within the time limits of the Speedy Trial Act. The parties therefore stipulate

CR 10-00395 PJH
[Proposed] Order Excluding Time

1  to the following:

2      1.     The this matter is complex within the meaning of the Speedy Trial Act and an exclusion of time for effective preparation of counsel is appropriate to allow defense counsel time to review the voluminous discovery, taking into account the exercise of due diligence.

      2.     The parties further agree that the ends of justice served by excluding the period from August 24, 2010 to September 21, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

      SO STIPULATED.

Dated: August 11, 2010

          /s/
KESLIE STEWART
Assistant United States Attorney

      SO STIPULATED.

Dated: August 12, 2010

          /s  /
SUSAN RAFFANTI
Counsel to Defendant Caton

      SO STIPULATED.

Dated: August 12, 2010

          /s/
CHRISTOPHER BURNHAM
Counsel to Defendant Piette

      SO STIPULATED.

Dated: August 11, 2010

          /s/
DAVID KENNER
Counsel to Defendant McConville

      SO STIPULATED.

Dated: August 12, 2010

          /s  /
NELSON MCELMURRY
Counsel to Defendant Demello

      SO STIPULATED.

Dated: August 12, 2010

          /s/

CR 10-00395 PJH
[Proposed] Order Excluding Time

JAMES PHILLIP VAUGHNS
Counsel to Defendant Rasuli

[PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from August 24, 2010 through September 21, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Accordingly, this matter is ordered set for status before magistrate Judge Laurel Beeler on September 21, 2010 at 10 a.m. and the time from August 24, 2010 through September 21, 2010 shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 8/23/2010

HON. DONNA M. RYU
United States Magistrate Judge

CR 10-00395 PJH
[Proposed] Order Excluding Time