MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>JAMES DELBERT MCCONVILLE, 　　)<br>　　a/k/a Delbert James McConville, and )<br>LAURA MARGERY CATON, 　　　　　)<br>　　a/k/a Laura Margery Tate, 　　　　)<br>　　a/k/a Laura Gussman, 　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendants. 　　　　　　　　　　)<br>_____) | No. CR-10-00395 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>SEPTEMBER 21, 2010 TO DECEMBER 2,<br>2010 FROM SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §§<br>3161(h)(7)(A) and (B)) |

      The parties appeared before Magistrate Judge Laurel Beeler on September 21, 2010, for status. Given the voluminous nature of the discovery and the busy calendars of defense counsel, the parties agreed that the matter should be continued to December 2, 2010, at 9:30 a.m. and that time should be excluded for the effective preparation of counsel. Accordingly, the parties further agree that it is unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits of the Speedy Trial Act.

      The parties therefore stipulate to the following:

      1.    This matter is complex within the meaning of the Speedy Trial Act and an exclusion of time for effective preparation of counsel is appropriate to allow defense counsel

CR 10-00395 PJH
[Proposed] Order Excluding Time

time to review the voluminous discovery, taking into account the exercise of due diligence.

2. The parties further agree that the ends of justice served by excluding the period from September 21, 2010, through December 2, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

SO STIPULATED.

Dated: September 21, 2010

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: September 21, 2010

/s/
SUSAN RAFFANTI
Counsel to Defendant Caton

Dated: September 21, 2010

/s/
DAVID KENNER
Counsel to Defendant McConville

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from August 24, 2010 through September 21, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Accordingly, this matter is ordered set for status before magistrate Judge Laurel Beeler on September 21, 2010 at 10 a.m. and the time from August 24, 2010 through September 21, 2010 shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: September 22, 2010

LAUREL BEELER
United States Magistrate Judge

CR 10-00395 PJH
[Proposed] Order Excluding Time