1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR-10-00395 PJH
                                      )
14 |     v.                           )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXCLUDING TIME FROM
15 | JAMES DELBERT MCCONVILLE,        )   SEPTEMBER 21, 2010 TO DECEMBER 3,
        a/k/a Delbert James McConville, and )   2010 FROM SPEEDY TRIAL ACT
16 | LAURA MARGERY CATON,             )   CALCULATION (18 U.S.C. §§
        a/k/a Laura Margery Tate,     )   3161(h)(7)(A) and (B))
17      a/k/a Laura Gussman,          )
                                      )
18 |     Defendants.                  )
                                      )
19

       The parties appeared before Magistrate Judge Laurel Beeler on September 21, 2010, for
20
   status. Given the voluminous nature of the discovery and the busy calendars of defense counsel,
21
   the parties agreed that the matter should be continued to December 3, 2010, at 9:30 a.m. and that
22
   time should be excluded for the effective preparation of counsel. Accordingly, the parties further
23
   agree that it is unreasonable to expect adequate preparation for pretrial proceedings or trial
24
   within the time limits of the Speedy Trial Act.
25
       The parties therefore stipulate to the following:
26
       1.     This matter is complex within the meaning of the Speedy Trial Act and an
27
   exclusion of time for effective preparation of counsel is appropriate to allow defense counsel
28

CR 10-00395 PJH
[Proposed] Order Excluding Time

1  time to review the voluminous discovery, taking into account the exercise of due diligence.

2      2.    The parties further agree that the ends of justice served by excluding the period from September 21, 2010, through December 3, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

    SO STIPULATED.

Dated: September 21, 2010

              /s/
              KESLIE STEWART
              Assistant United States Attorney

Dated: September 21, 2010

              /s/
              SUSAN RAFFANTI
              Counsel to Defendant Caton

Dated: September 21, 2010

              /s/
              DAVID KENNER
              Counsel to Defendant McConville

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from September 21, 2010 through December 2, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Accordingly, this matter is ordered set for status before magistrate Judge Donna M. Ryu on December 2, 2010 at 9:30 a.m. and the time from September 21, 2010, through December 2, 2010, shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: September 23, 2010

              LAUREL BEELER
              United States Magistrate Judge

CR 10-00395 PJH
[~~Proposed~~] Order Excluding Time