MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00395 PJH |
|                                      ) | |
|     v.                                  ) | STIPULATION AND ORDER EXCLUDING TIME FROM DECEMBER 2, 2010 TO JANUARY 20, 2011 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| JAMES DELBERT MCCONVILLE, ) | |
|    a/k/a Delbert James McConville, ) | |
|                Defendant.          ) | |
| _____ ) | |

       The parties are currently set for status before Magistrate Judge Donna M. Ryu on December 2, 2010, for status. The defense recently finished a trial on another case and is continuing to review the voluminous discovery in this case. Because the defense needs more time to review the discovery, the parties stipulate and request that the status hearing on December 2, 2010, should be continued to January 20, 2011 and that time between these dates should be excluded for the effective preparation of counsel. The parties further agree that it is unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits of the Speedy Trial Act.

       The parties therefore stipulate to the following:

CR 10-00395 PJH
Order Excluding Time

1.   This matter is complex within the meaning of the Speedy Trial Act and an exclusion of time for effective preparation of counsel is appropriate to allow defense counsel time to review the voluminous discovery, taking into account the exercise of due diligence.

2.   The parties further agree that the ends of justice served by excluding the period from December 2, 2010, through January 20, 2011 from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

SO STIPULATED.

Dated: December 1, 2010

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: December 1, 2010

/s/
DAVID KENNER
Counsel to Defendant McConville

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from December 2, 2010, through January 20, 2011, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Accordingly, this matter is ordered set for status before magistrate Judge Donna M. Ryu on January 20, 2011 at 9:30 a.m. and the time from December 2, 2010, through January 20, 2011 shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: 12/1/2010

HON. DONNA M. RYU
United States Magistrate Judge

CR 10-00395 PJH
Order Excluding Time