1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   KESLIE STEWART (CABN 184090)
5  Assistant United States Attorney

6    1301 Clay Street, Suite 340S
     Oakland, CA 94612
7    Telephone: (510) 637-3680
     Fax: (510) 637-3724
8    E-Mail: Keslie.Stewart@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-10-00395 PJH
                                       )
14        v.                           )    STIPULATION AND ORDER
                                       )    EXCLUDING TIME FROM JANUARY
15  JAMES DELBERT MCCONVILLE,          )    24, 2011 TO FEBRUARY 2, 2011 FROM
          a/k/a Delbert James McConville, )  SPEEDY TRIAL ACT CALCULATION
16                                     )    (18 U.S.C. §§ 3161(h)(7)(A) and (B))
                                       )
17        Defendant.                   )
                                       )
18                                     )
                                       )
19  _____ )

20        The parties were scheduled to appeared before Magistrate Judge Donna M. Ryu on

21  January 20, 2011, for status.  Defense counsel could not appear that day, because a tree fell

22  through his home.  The parties are jointly requesting that the matter be put on Magistrate Judge

23  Beeler's calendar for February 2, 2011 at 9:30 a.m. for status and that time be excluded based on

24  continuity of defense counsel as well as defense counsel's ongoing need for effective

25  preparation, taking into account due diligence.

26        Moreover, given the voluminous nature of the discovery the parties agree that the matter

27  should be continued to February 2, 2011, at 9:30 a.m. and that time should be excluded for the

28  effective preparation of counsel.  Accordingly, the parties further agree that it is unreasonable to

1   expect adequate preparation for pretrial proceedings or trial within the time limits of the Speedy

2   Trial Act.

3        The parties therefore stipulate to the following:

4        1.       This matter is complex within the meaning of the Speedy Trial Act and an

5   exclusion of time for effective preparation of counsel is appropriate to allow defense counsel

6   time to review the voluminous discovery, taking into account the exercise of due diligence.

7        2.       The parties further agree that the ends of justice served by excluding the period

8   from January 20, 2011, through February 2, 2011, from Speedy Trial Act calculations outweighs

9   the interests of the public and the defendants in a speedy trial by allowing time for the defense

10   effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

11        SO STIPULATED.

12   Dated: January 24, 2011

13                                    /s/
                                   KESLIE STEWART
                                   Assistant United States Attorney

14

15   Dated: January 24, 2011

                                      /s/
16                                 DAVID KENNER
                                   Counsel to Defendant McConville

17                                   **ORDER**

18        Based on the stipulation of the parties and good cause appearing, the Court finds that the

19   ends of justice served by excluding the period from January 20, 2011, through February 2, 2011,

20   from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a

21   speedy trial by allowing time for the defense effectively to prepare the complex case, in

22   accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).  Accordingly, this matter is ordered set for

23   status before Magistrate Judge Laurel Beeler on February 2, 2011 at 9:30 a.m. and the time from

24   January 20, 2011, through February 2, 2011, shall be excluded from the Speedy Trial Act

25   calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

26        IT IS SO ORDERED.

27   DATED:  1/25/2011

                                   _____
28                                 HON. DONNA M. RYU
                                   United States Magistrate Judge

CR 10-00395 PJH
Order Excluding Time