1  David E. Kenner, SBN 41425
   Brett A. Greenfield, SBN 217343
2  KENNER LAW FIRM, A.P.C.
   16633 Ventura Boulevard, Suite 800
3  Encino, CA 91436
   Tel. 818.995.1195
4  Fax 818.475.5369
   Email David@Kennerlaw.com
5  Email Brett@Kennerlaw.com

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA      )
                                 )   CASE NO.: CR 10-000395 PJH
9                                )
       Plaintiff,                )   **STIPULATION AND**
10                               )   **ORDER TO CONTINUE THE BOND**
                                 )   **HEARING OF FEBRUARY 11, 2011**
11 v.                            )
                                 )
12                               )
                                 )
13 JAMES DELBERT MCCONVILLE      )
                                 )
14     Defendant.                )
                                 )
15 _____)

16     The parties were scheduled to appeared before Magistrate Judge Donna M. Ryu on February

17 11, 2011, for a bond hearing. Defendant's family is in th process of obtaining a property to be

18 included in the bond package presentation to the Court.  The parties are jointly requesting that the

19 matter be continued to March 15, 2011 at 9:30 a.m.

20     SO STIPULATED.

21 Dated: February 10, 2011

22                              /s/ KESLIE STEWART
                                Assistant United States Attorney
23
   Dated: February 10, 2011
24
                                /s/ BRETT GREENFIELD
25                              Counsel to Defendant McConville

26

27

28

1

ORDER

    Based on the stipulation of the parties and good cause appearing, this matter is ordered set for a bond hearing before this Court on March 15, 2011 at 9:30 a.m.

    IT IS SO ORDERED.

DATED: 2/10/2011

HON. DONNA M. RYU  
United States Magistrate Judge

PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:

KENNER LAW FIRM, APC
16633 Ventura Boulevard, Suite 800
Sherman Oaks, CA 91364
818 995 1195
818 475 5369 – fax

On February 10, 2010, I served the foregoing document described as Stip & Order, on the interested parties by:

___x___     BY HAND DELIVERY ON February 10, 2011, and EMAIL on February 10, 2011.

____x_     BY MAIL - I deposited such envelope in the mail at Los Angeles County, California. The envelope was mailed with postage thereon fully prepaid.

___x___     BY CM/ECF NOTICE OF ELECTRONIC FILING - I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court.

___x___     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles County, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____x__     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___x___     (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    EXECUTED under penalty of perjury this 10th of February, 2011, at Encino, California.

                                        /s/ Brett A. Greenfield
                                        Brett A. Greenfield, Esq.

1 | LIST OF PARTIES SERVED

2 | Via Electronic Service and US Mail

3 | Keslie Stewart
Assistant United States Attorney
4 | Oakland Branch